FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 6 2021

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

YAMAYA SANDERS,                                              PLAINTIFFS
Special Personal Representative of the
Estate of TAICHAN SANDERS, Deceased;
and ANTHONY CURRY

VS.                              Case No.: 3:21-cv-00047 BSM

BENNETT TRUCK TRANSPORT, LLC;                     DEFENDANTS
AND JOHN DOE NOS. 1-4

This case assigned to District Judge MILLER
and to Magistrate Judge KEARNEY

**COMPLAINT**

COMES NOW Plaintiff Yamaya Sanders, Special Personal Representative of the Estate of Taichan Sanders, and Plaintiff Anthony Curry, by and through their attorneys, McDaniel Law Firm, PLC, and for their Complaint against Defendant Bennett Truck Transport, LLC and John Doe Nos. 1-4, state as follows:

**JURISDICTION AND VENUE**

1. That Plaintiff Yamaya Sanders, a resident of Jonesboro, Craighead County, Arkansas, is the duly appointed Special Personal Representative of the Estate of Taichan Sanders, Deceased, having been so appointed by the Probate Court of Craighead County on or about January 8, 2021. By virtue of this appointment, she has authority to act on behalf of the Estate of Taichan Sanders and all wrongful death beneficiaries.

2. That at all times pertinent hereto, Decedent Taichan Sanders was a resident of Jonesboro, Craighead County, Arkansas.

3. That at all times pertinent hereto, Plaintiff Anthony Curry was/is a resident of Memphis, Shelby County, Tennessee.

McDANIEL
LAW FIRM, PLC
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 336-4747
FAX (870) 932-0919

4. That at all times pertinent hereto, Defendant Bennett Truck Transport, LLC (hereinafter referred to as "Bennett Transport") is/was a foreign for-profit corporation doing business in the State of Arkansas.

5. That Defendant Bennett Transport's headquarters and principal place of business is located in McDonough, Georgia.

6. That Corporation Service Company, 300 Spring Building, Suite 900, 300 S. Spring St., Little Rock, AR, 72201, is the registered agent for service of process for Defendant Bennett Transport.

7. That in addition and/or in the alternative to the above, Defendant John Doe Nos. 1-2, is the official name of any person or entity with which Defendant Bennett Transport and/or Mr. Carnell Harris may be associated (including other principal(s), employer(s), or successor(s)-in-interest.)  Further, Defendant John Doe Nos. 3-4 represent any shipper, broker, supplier, and/or, as applicable, recipient(s) of the loads being hauled by Mr. Carnell Harris at the time of the subject occurrence.

8. That upon determining the identity of any current unknown tortfeasor, person or entity, Plaintiffs will amend the Complaint by substituting the real name for the pseudo-name.

9. That pursuant to A.C.A. §16-56-125, Plaintiffs have attached the Affidavit of Plaintiffs' Attorneys affirming the identity of a tortfeasor(s) is unknown, as **"Exhibit A."**

10. That this Court has subject matter jurisdiction over this cause as there is complete diversity of citizenship and the amount in controversy exceeds the minimum amount for federal diversity citizenship, i.e., greater than $75,000. 28 U.S.C.A. §1332(a).

11. That this Court has personal jurisdiction over the parties hereto.

12. That this Court is the proper venue for this action as the subject wreck occurred in this District. 28 U.S.C.A. §1391(b).

McDANIEL LAW FIRM, PLC
400 South Main
Jonesboro, AR 72401
(870) 336-4747
Fax (870) 932-0919

13. That Plaintiff Yamaya Sanders, Special Personal Representative of the Estate of Taichan Sanders, Deceased, brings this action pursuant to matters including, but not limited to, the Arkansas Survival and Wrongful Death Statutes, A.C.A. § 16-62-101 and A.C.A. § 16-62-102.

## FACTS

14. That at the time of the occurrence referred to herein, Mr. Carnell Harris (hereinafter "Mr. Harris") was driving a tractor-trailer owned, leased, maintained, and/or operated by or on behalf of Defendant Bennett Transport.

15. That at the time of the occurrence, Mr. Harris was the agent, servant and/or employee of Defendant Bennett Transport.

16. That the tractor trailer involved in this collision was operated under U.S. Department of Transportation ("DOT") #600382.

17. That DOT #600382 is a permit to engage in interstate commercial transport by Defendant Bennett Transport.

18. That on the date of the subject occurrence, December 16, 2020, Mr. Harris had a Commercial Driver's License ("CDL").

19. That at all times pertinent hereto, Mr. Harris was a commercial motor vehicle driver subject to the regulations of the United States Department of Transportation and/or the State of Arkansas.

20. That at all times pertinent hereto including, but not limited to, December 16, 2020, Mr. Harris was in the course and scope of his employment and/or agency relationship with Defendant Bennett Transport.

21. That on December 16, 2020, at the time of the subject collision, the weather was clear and the highway was dry.

McDANIEL
LAW FIRM, PLC
400 South Main
Jonesboro, AR 72401
(870) 336-4747
Fax (870) 932-0919

22. That on December 16, 2020, preceding the subject collision, Decedent Taichan Sanders and Anthony Curry were traveling southbound on Interstate 555 approaching Marked Tree, Poinsett County, Arkansas.

23. That the Sanders/Curry vehicle was a 2007 Ford Focus being driven by Taichan Sanders.

24. That at the same time, Mr. Harris was driving his tractor-trailer southbound on Interstate 555 approaching Marked Tree, Poinsett County, Arkansas, and ahead of the Sanders/Curry vehicle.

25. That preceding the wreck, the Sanders/Curry vehicle was in the inside (left) lane of travel passing the tractor-trailer operated by Mr. Harris, which was in the outside (right) lane of travel.

26. That preceding the wreck, Mr. Harris' tractor-trailer was approaching a slower forward vehicle in the outside (right) lane of travel.

27. That as Mr. Harris approached the slower vehicle ahead, he moved his tractor-trailer truck over into the inside (left) lane of travel occupied by the Sanders/Curry vehicle.

28. That despite the presence and right of way of the Sanders/Curry vehicle, Mr. Harris' tractor-trailer assumed control of the inside (left) lane of travel in its effort to pass the slower forward vehicle.

29. That as a result of Mr. Harris' rapidly encroaching tractor-trailer, the Sanders/Curry vehicle was forced off the left side of the highway to avoid being side swiped and overrun.

30. That Decedent Taichan Sanders could not maintain control of the vehicle due to the Harris truck running him off the road.

McDANIEL
LAW FIRM, PLC
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 336-4747
FAX (870) 932-0919

31. That after being run off the left side of the road by Mr. Harris' tractor-trailer, the Sanders/Curry vehicle went out of control and traveled back across the front of Mr. Harris' tractor-trailer and into a concrete overpass pillar on the right side of the interstate.

32. That the damage to the Sanders/Curry vehicle was catastrophic and a total loss.

33. That Decedent Taichan Sanders died at the scene.

34. That Plaintiff Anthony Curry suffered serious and permanent injuries as a result of the collision.

35. That the subject collision and all damages related thereto occurred as a proximate result of the negligent conduct of Mr. Harris (which is imputed to Defendant Bennett Transport) in particulars including, but not limited to, the following:

  a. That Mr. Harris failed to yield the right of way;

  b. That Mr. Harris negligently attempted to change lanes when it was unsafe to do so;

  c. That Mr. Harris failed to maintain a proper lookout under the circumstances then and there existing;

  d. That Mr. Harris failed to maintain proper control of his vehicle for the circumstances then and there existing;

  e. That Mr. Harris failed to comply with all rules, regulations, and duties required by the laws of the State of Arkansas and/or by DOT regulations; and

  f. That Mr. Harris failed to use ordinary care under the circumstances then and there existing.

36. That Defendant Bennett Transport was negligent in particulars including, but not limited to, the following:

  a. Negligence in the hiring, training, and supervision of Mr. Harris;

  b. Negligent failure to comply with all rules, regulations, and duties required by the laws of the State of Arkansas and by DOT regulations; and,

McDANIEL LAW FIRM, PLC
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 336-4747
FAX (870) 932-0919

c. Otherwise failing to exercise ordinary care under the circumstances.

37. That Decedent Taichan Sanders was not guilty of any comparative fault.

38. That Plaintiff Anthony Curry was not guilty of any comparative fault.

39. That no other person, firm, company, corporation, or entity of any type, other than those identified herein, was guilty of any negligence which was a proximate and contributing cause of the subject collision and/or Plaintiffs' damages.

40. That the conduct of Mr. Harris is imputed to Defendant Bennett Transport (and/or John Doe Nos. 1-4) under the doctrine of respondeat superior, vicarious liability, and/or by federal regulations in that he was the driver for Defendant Bennett Transport (and/or John Doe Nos. 1-4) and in the course and scope of his employment or agency relationship.

41. That as a result of Defendants' negligence, Plaintiff Yamaya Sanders, Special Personal Representative of the Estate of Taichan Sanders, Deceased, brings this action on behalf of the Estate and of the heirs and beneficiaries at law of Decedent Taichan Sanders, who are:

| Name | Relationship | Address |
|---|---|---|
| Yamaya Sanders | Mother | 1200 Granger Drive<br>Jonesboro, AR 72401 |
| Calvin Willett | Father | Caruthersville, MO |
| Danasha Dishay Sanders | Sister | 18949 Marsh Lane, Apt. 624<br>Dallas, TX 75287 |
| Jeihman Lynne Sanders | Brother | 3701 Lakewood Drive<br>Jonesboro, AR 72404 |

42. That Plaintiff Yamaya Sanders, Special Personal Representative of the Estate of Taichan Sanders, Deceased, seeks compensatory damages for the wrongful death of Taichan Sanders, Deceased, against Defendant Bennett Transport (and/or John Doe Nos. 1-4), jointly

McDANIEL
LAW FIRM, PLC
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 336-4747
FAX (870) 932-0919

and/or severally, in an amount in excess of that required for federal diversity jurisdiction ($75,000) because of Defendant Bennett Transport's negligence, including, but not limited to, the following:

    a. Pecuniary injuries sustained by the Estate and/or the individual beneficiaries;

    b. Mental anguish and grief suffered by each beneficiary in the past and future; and,

    c. All other elements of damages recoverable under Arkansas' wrongful death law(s) on behalf of the Estate and/or the Individual beneficiaries.

43. That Plaintiff Yamaya Sanders, Special Personal Representative of the Estate of Taichan Sanders, Deceased, further seeks the following elements of damage on behalf of the Estate of Taichan Sanders, Deceased:

    a. Taichan Sanders' loss of life;

    b. The reasonable value of Taichan Sanders' funeral expenses;

    c. The value of his vehicle destroyed in the wreck;

    d. Conscious pain, suffering, and mental anguish endured by Taichan Sanders prior to his death;

    e. Any medical expenses attributed to the negligent acts of Defendants; and,

    f. All other elements of damage allowed by law.

44. That as a proximate result of the negligence of Mr. Harris, which is imputed to Defendant Bennett Transport, and the negligence of Defendant Bennett Transport (and/or John Doe Nos. 1-4), Plaintiff Anthony Curry sustained injuries to areas of his body including, but not limited to, his head, neck, arms, pelvis, hips, and legs, which required him to incur expenses for medical care and treatment in the past and in the future; he has suffered lost earnings and earnings capacity in the past and will continue to suffer lost earnings and/or earnings capacity in the future; he has endured pain, suffering, discomfort, mental anguish, and loss of enjoyment of life in the

McDANIEL LAW FIRM, PLC
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 336-4747
FAX (870) 932-0919

past and will endure pain, suffering, discomfort, mental anguish, and loss of enjoyment of life in the future; he has suffered disfigurement; his injuries are permanent in nature; and for all of which he should have judgment from and against Defendant Bennett Transport (and/or John Doe Nos. 1-4), jointly and/or severally, in an amount to be set by the jury in an amount in excess of the minimum required for federal court diversity jurisdiction ($75,000).

45. That Plaintiffs respectfully request a trial by jury of twelve (12) persons.

46. That Plaintiffs respectfully reserve the right to amend and plead further in this cause.

WHEREFORE, Plaintiff Yamaya Sanders, Special Personal Representative for the Estate of Taichan Sanders, Deceased, and Plaintiff Anthony Curry pray they each have and recover damages from Defendant Bennett Truck Transport, LLC (and John Doe Nos. 1-4) in amounts to be set by the jury in excess of the minimum required for federal court diversity jurisdiction, for each of their costs, and for all other relief to which each Plaintiff may be entitled.

RESPECTFULLY SUBMITTED this 26 day of February, 2021.

McDANIEL LAW FIRM, PLC
Attorneys at Law
400 South Main Street
Jonesboro, Arkansas 72401
(870) 336-4747

_____
Bobby R. McDaniel
Arkansas Bar No. 72083

_____
Brett A. McDaniel
Arkansas Bar No. 2009008
*Attorneys for Plaintiff Yamaya Sanders, as Special Personal Representative of the Estate of Taichan Sanders, Deceased, and Plaintiff Anthony Curry.*

IN THE UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

YAMAYA SANDERS,                                                                  PLAINTIFFS
Special Personal Representative of the
Estate of TAICHAN SANDERS, Deceased;
and ANTHONY CURRY

VS.                                     Case No.: _____

BENNETT TRUCK TRANSPORT, LLC;                                          DEFENDANTS
AND JOHN DOE NOS. 1-4

### AFFIDAVIT

I, Bobby McDaniel, attorney for Yamaya Sanders., Special Personal Representative of the Estate of Taichan Sanders, Deceased, and Plaintiff Anthony Curry pursuant to Ark. Code Ann § 16-56-125, state that the correct name and identity of the tortfeasor person(s), corporation(s) and entity(ies) are unknown. All due diligent efforts have been made to properly identify the name and identity of the unknown tortfeasor person(s), corporation(s) and entity(ies). If the name and identity of the unknown tortfeasor person(s), corporation(s) and entity(ies) is not one of the specifically named defendants as contained in this complaint, the use of the pseudo-name John and/or Jane Doe as the defendant is appropriate for the purpose of tolling the statute of limitations for these plaintiffs against these unknown defendants. Furthermore, if there is more than one (1) such unknown tortfeasor, the use of John and/or Jane Doe 1, John and/or Jane Doe 2, John and/or Jane Doe 3, etc. is also appropriate as set out in the complaint.



McDANIEL
LAW FIRM, PLC
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 336-4747
FAX (870) 932-0919

DATED this **26** day of February, 2021.

_____
Bobby McDaniel
Arkansas Bar #72083

State of Arkansas

County of Craighead

Subscribed and sworn to before me on this **26** day of February, 2021.

_____
Notary Public

**9-27-2029**
My Commission Expires

Kellie Cobb
Notary Public
Craighead County, Arkansas
My Comm. Expires Sept. 27, 2029
Commission #12708866

McDANIEL
LAW FIRM, PLC
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 336-4747
FAX (870) 932-0919