IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**YAMAYA SANDERS,** *et al.* **PLAINTIFFS**

v. **CASE NO. 3:21-CV-00047-BSM**

**BENNET TRUCK TRANSPORT,** *et al.* **DEFENDANTS**

## ORDER

The motion to compel and for protective order [Doc. No. 7] is granted and defendants are directed to respond to plaintiffs' interrogatories within fourteen days, subject to the protective order [Doc. No. 7-5]. Defendants' request that plaintiffs return the documents at the conclusion of the litigation is denied because defendants have not shown a need for this special protection. The parties' joint motion to continue [Doc. No. 11] and plaintiff's unopposed motion to amend the complaint [Doc. No. 12] are granted. The motion for a hearing [Doc. No. 13] is denied as moot. An amended scheduling order shall issue.

IT IS SO ORDERED this 28th day of July, 2022.

UNITED STATES DISTRICT JUDGE