IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

YAMAYA SANDERS, Special Personal Representative    PLAINTIFFS
of Estate of TAICHAN SANDERS, Deceased,
and ANTHONY CURRY

v.    CASE NO. 3:21-CV-00047-BSM

BENNETT TRUCK TRANSPORT, LLC,    DEFENDANTS
ON-TIME, LLC; CARNELL HARRIS,
AND JOHN DOE NOS. 1-4

## ORDER

The parties' joint stipulation [Doc. No. 41] is granted and plaintiffs' claims against On-Time Logistics LLC are dismissed with prejudice.  The only issues to be tried at the January 16, 2024 jury trial are the nature and extent of plaintiffs' damages.  The clerk is directed to terminate On-Time Logistics LLC as a defendant.

IT IS SO ORDERED this 19th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE