IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**YAMAYA SANDERS,** *et al.*                                                                     **PLAINTIFFS**

v.                      **CASE NO. 3:21-CV-00047-BSM**

**BENNETT TRUCK TRANSPORT LLC,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of June, 2024.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE